AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 07/08/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rose and Buerger Farms LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976 | Public Employees Retirement System, no control, retirement |
| 2. | 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Ohio Public Employee Retirement System (Retirement) | $85,931.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Greene Co., OH/State of Ohio- Greene County Clerk of Courts/Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin Co Hosp Rev Bond 11/1/23 | A | Dividend | K | T | Buy | 01/08/15 | J | | |
| 2. Wilmington Ohio Water Rev Bond 6/15/16 | A | Dividend | | | Sold | 06/26/15 | J | A | |
| 3. Akron OH G.O. Bond 12/1/30 | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 4. Centerville Ohio Hlth Ca (Bethany Lutheran) Vlg. Proj 11/17 | B | Interest | K | T | | | | | |
| 5. Clyde Green Springs School Dist. Obligation Bond 12/1/15 | A | Dividend | | | Sold | 12/02/15 | K | A | |
| 6. Field, OH Local Sch GO Bonds 12/1/18 | A | Dividend | J | T | | | | | |
| 7. Franklin Co Health Care Fac Bond (Ohio Presb) 7/1/26 | A | Dividend | J | T | | | | | |
| 8. Mahoning County Ohio Gen Obligation Bonds 12/1/21 | B | Interest | K | T | | | | | |
| 9. Ohio St Water Dev. Bonds (First Eng) 7/1/33 | A | Dividend | | | Sold | 07/01/15 | K | A | |
| 10. Cleveland Ohio ARPT Sys Revenue 1/1/18 | A | Interest | K | T | | | | | |
| 11. Cleveland Ohio ARPT Sys Revenue 1/1/15 | A | Interest | | | Redeemed | 01/02/15 | K | A | |
| 12. Ohio State Wtr Dev Auth Bond 6/1/33 | A | Interest | J | T | | | | | |
| 13. Hamiliton Cty, OH Swr Sys FAC Bonds 12/1/17 (X) | A | Interest | K | T | | | | | |
| 14. Ross County, OH Hosp Fac Rev. Bonds (Adena) (12-1/28) | A | Interest | K | T | | | | | |
| 15. Cincinnati, OH Economic Dev Bonds | A | Dividend | J | T | Buy | 11/24/15 | J | | |
| 16. Cincinnati, OH Urban Reber Bonds | A | Dividend | J | T | Buy | 11/24/15 | J | | |
| 17. Covnetry Ohio Local School District Bonds | A | Dividend | J | T | Buy | 07/27/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alerian MLP ETF | A | Interest | J | T | | | | | |
| 19. Deerfield Twp Ohio Tax Bonds | A | Dividend | J | T | Buy | 09/28/15 | J | | |
| 20. Johnson-Monroe Local School Dist (see VIII for explantion) | A | Dividend | J | T | | | | | |
| 21. Ohio University General Receipts Bonds (see VIII for explanation) | A | Dividend | J | T | | | | | |
| 22. Warrenville Heights Bonds (see VIII for explanation) | A | Dividend | J | T | | | | | |
| 23. Key Bank (see VIII for explanation) | A | Dividend | J | T | | | | | |
| 24. Ohio St. High Ed Fac. Comm Bond | A | Dividend | J | T | Buy | 09/28/15 | J | | |
| 25. Eaton | A | Dividend | | | Sold | 01/05/15 | K | A | |
| 26. Lowes | A | Dividend | J | T | Buy | 02/24/15 | J | | |
| 27. Ford | A | Dividend | J | T | | | | | |
| 28. Red Hat | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 29. Conoco Phillips | A | Dividend | J | T | | | | | |
| 30. Boeing Co. Common Stock | A | Dividend | L | T | | | | | |
| 31. GE Common Stock | A | Dividend | K | T | | | | | |
| 32. Thornburg Value Fund Class A Re/Re/Re 50586 | A | Dividend | K | T | | | | | |
| 33. Thornburg Invest. Income Class A 50590 | B | Dividend | K | T | | | | | |
| 34. Johnson and Johnson | A | Dividend | | | Sold | 02/13/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson and Johnson | A | Dividend | J | T | Buy | 07/15/15 | J | | |
| 36. Caterpillar | A | Dividend | K | T | | | | | |
| 37. Facebook Common Stock | A | Dividend | L | T | | | | | |
| 38. Qualcom | A | Dividend | | | Buy | 02/13/15 | J | | |
| 39. | A | Dividend | | | Sold | 11/24/15 | J | A | |
| 40. Cisco | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 41. Weyerhaeuser stock | A | Dividend | K | T | | | | | |
| 42. Timkin | A | Dividend | J | T | | | | | |
| 43. Akamai | A | Dividend | J | T | | | | | |
| 44. Applied Material | A | Dividend | | | Sold | 01/05/15 | J | A | |
| 45. Johnson Control | A | Dividend | K | T | | | | | |
| 46. Dresser Ran | A | Dividend | | | Sold | 07/01/15 | J | B | |
| 47. Wells Fargo | A | Dividend | J | T | Buy | 07/15/15 | J | | |
| 48. Worthington Industries | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 49. JC Penney | A | Dividend | | | Sold | 07/13/15 | J | | |
| 50. Direct TV | A | Dividend | | | Sold | 07/27/15 | J | A | |
| 51. Dow Chemical | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Honeywell | A | Dividend | J | T | | | | | |
| 53. TJX | A | Dividend | J | T | | | | | |
| 54. Walt Disney | A | Dividend | J | T | | | | | |
| 55. Rite Aid | A | Dividend | | | Buy | 02/13/15 | J | | |
| 56. | A | Dividend | | | Buy | 04/19/15 | J | | |
| 57. | A | Dividend | | | Sold | 07/13/15 | J | A | |
| 58. Alcoa | A | Dividend | J | T | Buy | 02/20/15 | J | | |
| 59. | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 60. Twenty-First Century Fox | A | Dividend | | | Buy | 03/30/15 | J | | |
| 61. | A | Dividend | | | Sold | 06/11/15 | J | A | |
| 62. Twitter | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 63. | A | Dividend | | | Buy | 04/28/15 | J | | |
| 64. | A | Dividend | | | Sold (part) | 12/31/15 | J | A | |
| 65. Ambarella | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 66. | A | Dividend | | | Sold (part) | 12/31/15 | J | A | |
| 67. Fit Bit | A | Dividend | | | Buy | 07/16/15 | J | | |
| 68. | A | Dividend | | | Sold | 08/27/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Starbucks | A | Dividend | J | T | Buy | 10/30/15 | J | | |
| 70. Columbia Acorn International Fund | A | Dividend | J | T | | | | | |
| 71. Fidelity Advisor Mid Capp II Fund | A | Dividend | J | T | | | | | |
| 72. Fidelity Advisor New Insights Fund Class | A | Dividend | K | T | | | | | |
| 73. New World Fund Class F-2 | A | Dividend | J | T | Buy | 12/07/15 | J | | |
| 74. Deutsche Ehance Commodity Strategy Fund Inst. | A | Dividend | J | T | Buy | 12/07/15 | J | | |
| 75. The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 76. MFS Value Fund Class | A | Dividend | K | T | | | | | |
| 77. T Rowe Price Emerging Markets | A | Dividend | | | Sold | 12/01/15 | K | A | |
| 78. T Rowe Price Real Estate | A | Dividend | J | T | | | | | |
| 79. Templeton Global Bond Fund Class A | A | Dividend | J | T | | | | | |
| 80. Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 81. Pimco Income Fund Class | A | Dividend | K | T | | | | | |
| 82. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 83. Am. Century Diversified Bonds | A | Dividend | J | T | | | | | |
| 84. Dodge & Cox Income Fund | A | Dividend | K | T | | | | | |
| 85. Hartford World Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Int Growth & Income Fund | A | Dividend | J | T | | | | | |
| 87. Pimco Commod. Plus Fund | A | Dividend | | | Sold | 12/07/15 | J | A | |
| 88. Principal High Yield | A | Dividend | | | Sold | 06/29/15 | J | A | |
| 89. John Hancock Discp Fund | A | Dividend | J | T | | | | | |
| 90. Metropolitan West Total Return Fund | A | Dividend | J | T | | | | | |
| 91. Sweney Cartwright Stock Cash Account | C | Interest | M | T | | | | | |
| 92. Rose and Buerger Farms, LLP | A | Distribution | L | W | | | | | |
| 93. Rental Property, Greene County, Ohio | A | Rent | | | Sold | 08/03/15 | M | E | Ronald Dowling |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 07/08/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets listed on Lines 20-23 were inadvertently omitted from the 2014 Financial Disclosure Report. Those assets were bought as follows:

Johnson-Monroe Local School Dist. 11/03/14
Ohio University General Receipts Bonds 08/07/14
Warrenville Heights Bonds 12/02/14
Key Bank 01/02/14

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Rose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544